UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
SANTIAGO, et al.,                                            :
                                    Plaintiffs,              :
                                                             :      24 Civ. 6254 (LGS)
            -against-                                        :
                                                             :      ORDER
CITY OF NEW YORK,                                            :
                                    Defendant.               :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

   WHEREAS, the initial conference in this matter is scheduled for October 9, 2024;

   WHEREAS, on October 2, 2024, the parties filed a joint letter requesting to be referred to Magistrate Judge Sarah Cave for a settlement conference to be held in February or March 2025.

   WHEREAS, the Court does not generally stay discovery pending settlement discussions. It is hereby

   ORDERED that, if the parties prefer a more flexible discovery schedule, **by October 11, 2024**, they may file a consent for the case to be handled by Judge Cave for all purposes using the attached document. Alternatively, the Court will enter a Case Management Plan with fact discovery to be completed by mid-February. It is further

   **ORDERED** that the October 9, 2024, initial pretrial conference is **CANCELED**. If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated.

Dated: October 8, 2024
New York, New York

                                                          _____
                                                          **LORNA G. SCHOFIELD**
                                                          **UNITED STATES DISTRICT JUDGE**

AO 85 (Rev. 02/17) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
## SOUTHERN DISTRICT OF NEW YORK

|  | ) |  |
| --- | --- | --- |
| *Plaintiff* | ) |  |
| v. | ) | Civil Action No. |
|  | ) |  |
| *Defendant* | ) |  |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
| --- | --- | --- |
|  |  |  |
|  |  |  |

**Reference Order**

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____                                                          _____
                                                                                                                         *District Judge's signature*

                                                                                                                    _____
                                                                                                                         *Printed name and title*

Note:    Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.