UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JACOB SANTIAGO, et al.

                                  Plaintiffs,                  24-CV-6254 (SLC)

            -against-                         **ORDER SCHEDULING**
                                                        **SETTLEMENT CONFERENCE**

CITY OF NEW YORK

                                  Defendant.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

      A pre-settlement conference call in this matter is hereby scheduled for **Monday, November 25, 2024 at 11:30 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

      A settlement conference in this matter is scheduled for **Thursday, January 23, 2025 at 10:00 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter to the conference.

The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at [https://www.nysd.uscourts.gov/hon-valerie-figueredo](https://www.nysd.uscourts.gov/hon-valerie-figueredo)). Pre-conference submissions must be received by the Court no later than **Thursday, January 16, 2025**.

**SO ORDERED.**

DATED:    New York, New York
         October 29, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge