UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JACOB SANTIAGO, et al.

                        Plaintiffs,                    **24-CV-6254 (SLC)**

      -against-                          **ORDER RESCHEDULING**
                                           **SETTLEMENT CONFERENCE**

CITY OF NEW YORK

                        Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      Per the request of the parties, the settlement conference in this matter has been rescheduled for **Wednesday, April 2, 2025 at 10:00 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter to the conference.

      The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **Wednesday, March 26, 2025**.

      **SO ORDERED.**

DATED:     New York, New York
               November 25, 2024

                                                    _____
                                                    VALERIE FIGUEREDO
                                                    United States Magistrate Judge