

March 31, 2025

**VIA ECF**
Hon. Sarah L. Cave
United States Magistrate Judge
Daniel Parick Moynihan Courthouse
500 Pear Street, Room 1670
New York, NY 10007

> The parties' request at ECF No. 37 is **GRANTED**. The telephone conference set for April 3, 2025 (ECF No. 32) is **ADJOURNED** to **Thursday, May 1, 2025 at 12:30 p.m. ET.** The parties are directed to call: (646) 453-4442; phone conference ID: 951 399 860#, at the scheduled time. On or before **April 25, 2025**, the parties shall file a joint letter setting forth any discovery disputes ripe for the Court's attention.
>
> The Clerk of Court is respectfully directed to close ECF Nos. 35 & 37.
>
> SO ORDERED.   March 31, 2025
>
> */s/ Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

Re: *Santiago v. City of New York*, Case No. 1:24-cv-06254 (S.D.N.Y.)

Dear Judge Cave:

We represent the Plaintiffs in the above-referenced case and write on behalf of both Parties pursuant to Paragraph I.D of Your Honor's Individual Practices in Civil Cases to request to adjourn the upcoming April 3, 2025, telephonic status conference in the above-referenced case (Dkt. 32). This is the Parties' first request to adjourn this conference, which was scheduled for the day after the Parties' scheduled settlement conference before Magistrate Judge Figueredo.

Counsel of record for Defendant, Madeleine Knutson, is currently out of the office on medical leave, which is the reason that the Parties jointly requested to reschedule their April 2, 2025, settlement conference (*see* Dkt. 35). Judge Figueredo recently granted the Parties' request and rescheduled the settlement conference for July 28, 2025. Dkt. 36.

Plaintiffs have conferred with Shivani Damera, counsel for the City who has been assigned to represent Defendant in this matter during the period of Ms. Knutson's medical leave, who consents to the requested adjournment. The Parties anticipate that Ms. Knutson will return from medical leave on approximately April 16, 2025, so the Parties request that the status conference be adjourned until after that date.

In addition, given that the settlement conference has been rescheduled to occur just a few days before the close of fact discovery on July 31, 2025 (Dkt. 25), the Parties also anticipate submitting a joint request to extend discovery following Ms. Knutson's return from medical leave. The anticipated extension will allow the Parties to continue to explore settlement without unnecessarily expending time and resources in pursuing extensive fact discovery.

Sincerely,

McGILLIVARY STEELE ELKIN LLP

*/s/ Sarah M. Block*
Sarah M. Block

cc: All Counsel (via ECF)