UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACOB SANTIAGO, et al.,

                                        Plaintiffs,

                    -v-

CITY OF NEW YORK

                                        Defendant.

CIVIL ACTION NO. 24 Civ. 6254 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, May 1, 2025, all pending deadlines in the Amended Case Management Plan (ECF No. 31) are **HELD IN ABEYANCE** pending the July 28, 2025 settlement conference in this matter (ECF No. 36).

On or before **August 1, 2025**, the parties shall file (i) a joint letter setting forth the status of the July 28, 2025 settlement conference, and (ii) if the parties have not reached a settlement in principle, a revised case management plan.

Dated:      New York, New York
            May 1, 2025

                          SO ORDERED.

                          _____
                          SARAH L. CAVE
                          **United States Magistrate Judge**